

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 7 2007

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**

**BRIAN WALLACE**

**CRIMINAL NO. 07-10017-01**

**JUDGE DRELL**

**MAGISTRATE JUDGE KIRK**

## ORDER

CONSIDERING the motion of defendant entitled MOTION TO DISMISS INDICTMENT, the Court is of the opinion that the motion should be and the same is hereby:

_____ GRANTED        _____X_____ DENIED

_____ GRANTED, to the following extent:

_____ *See Fed. R. Crim. P. 7(d)* _____

_____

_____

Alexandria, Louisiana, _September_ 26, 2007.

DEE D. DRELL
United States District Judge